```
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PEARSON EDUCATION, INC., et al.,      :
                                      :     12 Civ. 6035(VM)
                         Plaintiffs,  :
                                      :
       - against -                    :     ORDER
                                      :
CURTIS CROMWELL, et al.,              :
                                      :
                         Defendants.  :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

A review of the Docket Sheet for this action indicates that although the complaint was filed on August 8, 2012, to date no service of process has been made on any defendant, no answer has been recorded, and there has been no other correspondence with the Court requesting any action. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to dismiss the complaint in this action without prejudice pursuant to Federal Rule of Civil Procedure 4(m), provided that within seven (7) days of the date of this Order plaintiffs may, for good cause shown, request reinstatement of the case to the Court's docket. In the event no timely response to this Order is filed, the action shall be dismissed with prejudice.

The Clerk of Court is directed to terminate any pending motions and to close this case.

**SO ORDERED.**

Dated:    New York, New York
          11 January 2013

                                          _____
                                          VICTOR MARRERO
                                          U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/13