UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PEARSON EDUCATION, INC.                    :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING, INC. AND                 :
THE MCGRAW-HILL COMPANIES, INC.,
                                           :
                Plaintiffs,
                                           :
     -against-                            12 Civ. 6035 (VM)
                                           :
CURTIS CROMWELL, JAMES AMBLE,
DIGITAL AGE ACCESS LLC AND                 :
JOHN DOES NOS. 1-5
                                           :
                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## SATISFACTION OF JUDGMENT

PLEASE TAKE NOTICE THAT plaintiffs acknowledge that the monetary judgment set forth in the final judgment and permanent injunction entered on January 21, 2013 has been paid and satisfied.

Dated:  New York, New York
          March 11, 2019

                                      DUNNEGAN & SCILEPPI LLC

                                      By  s/Laura Scileppi_____
                                        William Dunnegan (WD9316)
                                        wd@dunnegan.com
                                        Laura Scileppi (LS0114)
                                        ls@dunnegan.com
                                      Attorneys for Plaintiffs
                                      350 Fifth Avenue
                                      New York, New York 10118
                                      (212) 332-8300